UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANICE PROCTOR COOPER,

    Plaintiff,

v.                                                            Case No. 6:18-cv-1352-Orl-37LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner's decision to deny her social security disability benefits. (Doc. 1.) Plaintiff contends that the administrative law judge ("**ALJ**") erred when: (1) determining she did not have an impairment or combination of impairments equal in severity to a listed impairment; and (2) finding that her past work as a cleaner qualified as past relevant work. (*See* Doc. 17, pp. 7–9, 11–13.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends the Court affirm the Commissioner's decision. (Doc. 18 ("**R&R**").)

In the R&R, Magistrate Judge Hoffman concludes that the evidence Plaintiff relies on is insufficient to satisfy the criteria for an impairment. (*Id.* at 4–10.) And Magistrate Judge Hoffman found substantial evidence supports the ALJ's conclusion that Plaintiff's prior work as a cleaner constituted past relevant work. (*Id.* at 10–15.) So she recommends rejecting Plaintiff's assignments of error and affirming the Commissioner's final decision. (*Id.* at 9.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 18) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Janice Proctor Cooper.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 15, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record